# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SATHEESH ANAMA REDDY,<br>Plaintiff,<br>v.<br>MARCO RUBIO, in his official capacity as Secretary of State; MARIANA L. NEISULER, in her official capacity as Consul General, U.S. Consulate General, Chennai, India; and U.S. Department of State<br>Defendants. | No. 2:26-cv-03334-SHL-tmp |

## ORDER REQUIRING RESPONSE

Before the Court is Plaintiff Satheesh Reddy's Complaint for Declaratory and Injunctive Relief, filed October 8, 2026. (ECF No. 1.) Reddy is an Indian citizen who is permitted to live and work in the United States under a Form I-129 Petition for a Nonimmigration Worker, filed by his Employer CVS Pharmacy, Inc., and an accompanying H-1B classification. (Id. at PageID 2.) Reddy visited India in April 2026 to attend his father's funeral and settle his affairs. (Id. at PageID 8.) Reddy has remained in India, however, because his H1-B visa expired, and a new visa has not issued to facilitate his return to the United States. (Id.)

Reddy argues that Defendants have a duty to adjudicate his properly completed nonimmigrant visa application by issuing or refusing the visa, and that Defendants have violated that duty, leading to an unreasonable agency delay. (Id. at PageID 13.) As such, Reddy seeks relief under the Administrative Procedure Act, in the form of an Order requiring Defendants to complete and adjudicate the administrative processing of his visa application. (Id. at PageID 16.) Reddy asserts that, if his visa application is not processed soon, he will lose his job at CVS, which will also place his wife's immigration status in jeopardy. (Id. at PageID 12.)

Summons was issued to Reddy on October 8, 2026, the day he filed his Complaint. As of the time of filing this Order, service of process has not occurred. Given the time-sensitive nature of this case, Plaintiff is **DIRECTED** to serve a copy of this Order on Defendants. Defendants are **ORDERED** to respond to Plaintiff's Complaint not later than seven days from the date of receipt of this Order.

**IT IS SO ORDERED,** this 13th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE